**\*\* § 362 INFORMATION COVER SHEET \*\*†**

| | | |
|---|---|---|
| Linda Gae Foster | 10-53940-gwz | |
| Debtor(s) | Case No: | Motion #: |

Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing, LP, FKA Countrywide Home Loans Servicing, LP
MOVANT                                                                                                        Chapter: 13

---

**Certification of Attempt to Resolve the Matter without Court Action:**

Moving counsel hereby certifies that pursuant to the requirements of LR 4001(a)(2), an attempt has been made to resolve the matter without court action, but movant has been unable to do so.

Date: _____   Signature: _____
                                              Attorney for Movant

---

PROPERTY INVOLVED IN THIS MOTION: 7757 Cometa Ct., Sparks, NV 89436

NOTICE SERVED ON:        Debtor(s) ☒ ;        Debtor (s) Counsel ☒ ;        Trustee ☒

DATE OF SERVICE: _____

| MOVING PARTY'S CONTENTIONS: | DEBTOR'S CONTENTIONS: |
|---|---|
| The EXTENT and PRIORITY of LIENS:* | The EXTENT and PRIORITY of LIENS: |
| 1st Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing, LP, FKA Countrywide Home Loans Servicing, LP $141,811.03 † | 1st _____ |
| 2nd Bank of America $16,848.38 | 2nd _____ |
| 3rd _____ | 3rd _____ |
| Other _____ | 4th _____ |
| Total Encumbrances:        $158,659.41 | Other: _____ |
| APPRAISAL or OPINION as to VALUE: | Total Encumbrances: $_____ |
| Per attached Appraisal Exhibit "C" $130,000.00 | APPRAISAL or OPINION as to VALUE: |
| **TERMS OF MOVANT'S CONTRACT WITH THE DEBTOR:*** | **DEBTOR'S OFFER OF "ADEQUATE PROTECTION" FOR MOVANT:** |
| Amount of Note: $140,000.00<br>Interest Rate: 6.000%<br>Duration: 30 Year<br>Payment Per Month: $1,085.09<br>Date of Default: 11/1/2010<br>Amount of Postpetition Arrearages: $18,905.63†<br>Date of Notice of Default: 9/22/2010<br><br>SPECIAL CIRCUMSTANCES: The undersigned hereby certifies that an attempt has been made to confer with debtor(s) counsel, or with debtor(s) and that more than two (2) business days have expired, and that after sincere effort to do so, counsel has been unable to resolve this matter without court action.<br><br>SUBMITTED BY: _____<br>SIGNATURE: _____ | SPECIAL CIRCUMSTANCES:<br><br><br><br>SUBMITTED BY: _____<br><br>SIGNATURE: _____ |

\* All amounts due to Movant as of March 16, 2012
† The amount of Movant's liens and arrears above do not include $826.00 for fees and costs that have also been incurred by Movant as of the date hereof in connection with seeking the relief requested in the Motion.

**TIFFANY & BOSCO, P.A.**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
Attorney for Movant Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing, LP, FKA Countrywide Home Loans Servicing, LP
12-71350

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>**Linda Gae Foster**<br><br><br>Debtor. | Bk Case No.: 10-53940-gwz<br><br>Date: 5·8·12<br>Time: 10:00am<br><br>Chapter **13** |

### MOTION FOR RELIEF FROM AUTOMATIC STAY
### (REAL PROPERTY)

Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing, LP, FKA Countrywide Home Loans Servicing, LP, ("Movant") hereby moves this Court, pursuant to 11 U.S.C. § 362, for relief from the automatic stay with respect to certain real property of the Debtor(s) having an address of 7757 Corneta Ct., Sparks, NV 89436 (the "Property"). In further support of this Motion, Movant respectfully states:

1. A petition under Chapter 13 of the United States Bankruptcy Code was filed with respect to the Debtor(s) on September 30, 2010.

2. Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, LP, is servicing agent for Movant.

3. A foreclosure notice of default was recorded on September 22, 2010.

4.     A Chapter 13 Plan was confirmed on December 28, 2010.

5.     The Debtor(s) has/have executed and delivered that certain promissory note in the original principal amount of $140,000.00 (the "Note"). A true and correct copy of the Note is attached hereto as Exhibit "A". Movant is an entity entitled to enforce the Note.

6.     Pursuant to that certain Deed of Trust (the "Deed of Trust"), all obligations (collectively, the "Obligations") of the Debtor(s) under the Note and the Deed of Trust with respect to the Loan are secured by the Property. A true and correct copy of the Deed of Trust is attached hereto as Exhibit "B".

7.     As of March 16, 2012, the outstanding Obligations are:

| Unpaid Principal Balance | $124,423.97 |
|---|---|
| Unpaid, Accrued Interest | $12,748.36 |
| Costs | $5,283.42 |
| **Less**: Partial Payments | ($-644.72) |
| Minimum Outstanding Obligations | $141,811.03 |

8.     In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, in connection with seeking the relief requested in this Motion, Movant has also incurred $650.00 in legal fees and $176.00 in costs. Movant reserves all rights to seek an award or allowance of such fees and costs in accordance with applicable loan documents and related agreements, the Bankruptcy Code and otherwise applicable law.

9.     The following chart sets forth the number and amount of post petition payments due pursuant to the terms of the Note that have been missed by the Debtor(s):

| Number of Missed Payments | From | To | Monthly Payment Amount | Total Missed Payments |
|---|---|---|---|---|
| 15 | 11/1/2010 | 1/1/2012 | $1,149.03 | $17,235.45 |
| 2 | 2/1/2012 | 3/1/2012 | $1,085.09 | $2,170.18 |
| Less postpetition partial payments: | | | | ($-500.00) |
| | | | **Total:** | **$18,905.63** |

10. As of March 16, 2012, the total postpetition arrearage/delinquency is $18,905.63, consisting of (i) the foregoing total of missed postpetition payments in the amount of $18,905.63, plus (ii) the following postpetition fees and advances for taxes and insurance:

11.

| Description | Amount |
|---|---|
| Fees | $0.00 |
| Post Petition Taxes and Insurance | $0.00 |

12. The fair market value of the Property is $130,000.00. The basis for such valuation is the appraisal attached hereto as Exhibit "C".

13. Upon information and belief, the aggregate amount of encumbrances on the Property listed in the Schedules or otherwise known, including but not limited to the encumbrances granted to Movant, is $158,659.41.

14. Cause exists for relief from the automatic stay for the following reasons:

(a) Movant's interest in the Property is not adequately protected.

(b) The fair market value of the Property is declining and payments are not being made to Movant sufficient to protect Movant's interest against that decline.

(c) Pursuant to 11 U.S.C. § 362(d)(2)(A), Debtor(s) has/have no equity in the Property; and pursuant to § 362(d)(2)(B), the Property is not necessary for an effective reorganization.

///
///
///
///
///
///

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

1. Relief from the stay allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

2. That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

3. That the 14-day stay described by Bankruptcy Rule 4001(a) (3) be waived.

4. For such other relief as the Court deems proper.

DATED this 30th day of March, 2012.

TIFFANY & BOSCO, P.A.

By: /s/ Gregory L. Wilde, Esq
GREGORY L. WILDE, ESQ.
Attorney for Movant
212 South Jones Boulevard
Las Vegas, Nevada 89107